

**Phillips Lytle LLP**

<u>Via ECF</u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　January 8, 2020

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:　In re: 7202, LLC
　　　Case No.: 18-46619-ESS

Dear Judge Stong:

We represent NYCTL 2018-A Trust/MTAG (the "Trust"), a party in interest in the above-captioned chapter 11 bankruptcy case ("Case").

On February 19, 2019, the Trust filed a secured claim for unpaid real estate taxes and other charges in the amount of $116,913.37 (Claim No. 5) ("Tax Claim").

On December 23, 2019, the Trust filed a motion to dismiss the Case (Docket No. 54) ("Motion to Dismiss").

The Tax Claim has recently been paid. Accordingly, this letter confirms that the Trust withdraws the Tax Claim and the Motion to Dismiss.

Please feel free to contact the undersigned if you have any questions.

Respectfully,

Phillips Lytle LLP

By *[signature]*

Nickolas Karavolas

ATTORNEYS AT LAW

NICKOLAS KARAVOLAS, PARTNER   DIRECT 212 508 0477   NKARAVOLAS@PHILLIPSLYTLE.COM

340 MADISON AVENUE  17TH FLOOR  NEW YORK, NY 10173-1922  PHONE 212 759 4888  FAX 212 308 9079
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | WASHINGTON, DC | CANADA: WATERLOO REGION | PHILLIPSLYTLE.COM



Hon. Elizabeth S. Stong                                              January 8, 2020
Page 2


cc (via ECF):        Jerold C. Feuerstein, Esq.
                     Stuart L. Kossar, Esq.
                     Office of the United States Trustee

cc (via U.S. Mail):  7202, LLC
                     7202 Fort Hamilton Pkwy.
                     Brooklyn, NY 11228


Doc #1341425